**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-1906**

───────────

In Re:  NOREEN JEAN RENIER,

           Debtor.

────────────────────────

NOREEN JEAN RENIER,

           Plaintiff – Appellant,

     v.

JOHN MERRELL,

           Defendant – Appllee,

     and

WILLIAM F. SCHNEIDER,

           Trustee.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.   Norman K. Moon, Senior District Judge.  (3:11-cv-00034-NKM; 6:11-ap-6023; 6:07-bk-61602)

───────────

Argued:  March 21, 2012          Decided:  April 18, 2012

───────────

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

Dale Reese Jensen, ZOBRIST LAW GROUP, Charlottesville, Virginia, for Appellant. Robert Mitchell Garbee, WILSON, GARBEE & ROSENBERGER, Lynchburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this appeal in a bankruptcy case, debtor Noreen Renier (Renier) appeals from the district court's affirmance of the following three separate orders entered by the bankruptcy court on March 21, 2011:  (1) the bankruptcy court's order vacating its June 21, 2010 order resolving Renier's motion for violation of the automatic stay and imposing duties and obligations on Renier and bankruptcy creditor John Merrell (Merrell); (2) the bankruptcy court's order dismissing Renier's July 7, 2010 motion to enforce the bankruptcy court's order resolving Renier's motion for violation of the automatic stay and imposing duties and obligations on Renier and Merrell; and (3) the bankruptcy court's order dismissing Renier's October 14, 2010 motion for sanctions.

Having had the benefit of oral argument and having carefully reviewed the briefs, record, and controlling legal authorities, we agree with the district court's analysis as set forth in its well-reasoned opinion.  See <u>Renier v. Merrell</u>, 457 B.R. 484 (W.D.Va. July 22, 2011).  Accordingly, sitting as the second layer of appellate review, we affirm the district court's affirmance of the bankruptcy court on the reasoning of the district court.

<u>AFFIRMED</u>